**No. 59734.**—Garay & Co., Inc. *v.* United States, protests 232755–K and 235239–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items of the merchandise consist of elastic fabrics of whatever material composed, braided, knit, or woven, in part of india rubber, the claim of the plaintiff was sustained.

Before the Third Division, February 23, 1956

**No. 59735.**—Judson Sheldon Division National Carloading Corp. *v.* United States, protest 230865–K (New York).

Opinion by Johnson, J. It was stipulated that if the affidavit of American manufacture, attached to the entry papers, had been filed prior to the liquidation of the entry or the expiration of the collector's review period, the certificate of exportation would have been waived and the entry liquidated free of duty under paragraph 1615, *supra*. On the record presented, and following Abstracts 47521, 53865, and 57731, the claim of the plaintiff was sustained.